Xuan-Thu T. Phan (SBN 228596)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5715
xtphan@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Andrew J. Ogilvie (57932)
Kemnitzer, Anderson, Barron & Ogilvie LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone:   (415) 861-2265
Facsimile:   (415) 861-3151
ajogil@kabolaw.com

Attorneys for Plaintiff
CECILIA H. CORDERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA H. CORDERO,<br><br>                    Plaintiff,<br><br>         v.<br><br>FINANCIAL ASSISTANCE, INC.,<br>EQUIFAX INFORMATION SERVICES<br>LLC and EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>                    Defendants. | Case No. C-06-2529 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF THE DEADLINE FOR CONDUCTING MEDIATION** |

     Pursuant to ADR Local Rule 6-5, Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Cecilia H. Cordero ("Plaintiff") hereby submit this Stipulation and [Proposed] Order for Extension of the Deadline for Conducting Mediation.

     WHEREAS, the current deadline for mediation of this case is October 10, 2006;

| | |
|---|---|
| 1 | WHEREAS, due to scheduling conflicts, the mediation cannot be held on or before |
| 2 | October 10, 2006; |
| 3 | WHEREAS, October 19th, 2006 is the first mutually available date for all parties to attend |
| 4 | a mediation. |
| 5 | NOW THEREFORE, the parties stipulate and request the Court order as follows: |
| 6 | 1. The Mediation Deadline is continued until October 30th, 2006 to allow for mediation to occur |
| 7 | on October 19th, 2006. |
| 8 | **IT IS SO STIPULATED.** |

Dated: August 18, 2006.

Respectfully submitted,

JONES DAY

By: _____
Xuan-Thu T. Phan

COUNSEL FOR DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: August 18, 2006.

Respectfully submitted,

KEMNITZER, ANDERSON, BARRON & OGILVIE LLP

By: _____
Andrew J. Ogilvie

COUNSEL FOR PLAINTIFF
CECILIA H. CORDERO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/22/2006

_____
Martin J. Jenkins
United States District Judge

SFI-546457v1