TERRY ALBERT FINCH
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
111 Sutter Street, Suite 575
San Francisco, CA 94104
Telephone: (415) 362-7126
Facsimile: (415) 362-6401

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA H. CORDERO,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL ASSISTANCE, INC., aka FAICOLLOCT, INC.; KEN BAKER; ROBERT BUHLER, NANCY LONG; EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. C 06-02529MJJ<br><br>[PROPOSED]<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, CECILIA H. CORDERO, against Defendant EQUIFAX INFORMATION SERVICES LLC, be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This __5th__ day of __September__, 2006.

_____
Hon. Martin J. Jenkins
United States District Court Judge

US1900 9152690.1