Gregory A. Bastian - 089024
William A. Munoz - 191649
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone:     (916) 565-0300
Facsimile:     (916) 565-1636

Attorneys for Defendants
FINANCIAL ASSISTANCE, INC., ALSO KNOWN AS "FAICOLLECT, INC.", KEN BAKER, ROBERT BUHLER, NANCY LONG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA H. CORDERO, formerly known as Cecilia Herrera,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FINANCIAL ASSISTANCE, INC., also known as "FAICOLLECT, INC.," KEN BAKER, ROBERT BUHLER, NANCY LONG, EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: C062529<br><br>ASSOCIATION OF COUNSEL AND ORDER. |

- 1 -

Association Of Counsel

William A. Munoz, being the attorney of record for Defendants, FINANCIAL ASSISTANCE, INC., ALSO KNOWN AS "FAICOLLECT, INC.", KEN BAKER, ROBERT BUHLER, and NANCY LONG, hereby associates Mark E. Ellis of the law firm of Ellis, Coleman, Poirier, LaVoie & Steinheimer, LLP, as co-counsel for Defendants FINANCIAL ASSISTANCE, INC., ALSO KNOWN AS "FAICOLLECT, INC.", KEN BAKER, ROBERT BUHLER, and NANCY LONG, in the above-entitled action.

The office address and telephone number of Ellis, Coleman, Poirier, LaVoie & Steinheimer, LLP is 555 University Avenue, Suite 200, Sacramento, CA 95825; 916-283-8820 (telephone); (916) 283-8821 (facsimile).

Dated: September 27, 2006

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
William A. Munoz
Attorneys for Defendants
FINANCIAL ASSISTANCE, INC., ALSO KNOWN AS "FAICOLLECT, INC.", KEN BAKER, ROBERT BUHLER, and NANCY LONG

WAM.10340445.doc



IT IS SO ORDERED
Judge Martin J. Jenkins
10/2/2006

- 2 -

Association Of Counsel