UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA H. CORDERO,<br><br>        Plaintiff,<br><br>  v.<br><br>FINANCIAL ASSISTANCE, INC., *et al.*,<br><br>        Defendants.<br>_____/ | No. C-06-2529 MJJ (EMC)<br><br>**ORDER RE PLAINTIFF'S MOTION TO COMPEL AND DISCOVERY MATTERS**<br><br>**(Docket No. 32)** |

        Plaintiff's Motion to Compel and discovery matters raised in the parties' joint letter of October 4, 2006 came on for hearing on October 11, 2006. Good cause appearing therefor, and for the reasons stated on the record, the Court hereby orders as follows:

        1.    Experian will find and produce Ms. Cordero's dispute letter and any papers, notes, files, etc. associated with that letter.

        2.    Ms. Cordero's counsel and designated expert will be allowed to inspect Experian's computer system and database this Friday, October 13, 2006. Ms. Cordero will provide her name and address and the names and addresses of up to two other persons from whom she has obtained written consent. With Ms. Cordero's counsel and expert present (and not before), Experian will run a search of its data base using just the name and address and without the social security numbers. The search will also be run with the social security numbers. Ms. Cordero will provide to Experian by the end of October 11, 2006 the name and resume of its expert to insure he or she does not work for a competitor. The inspection and information therefrom will be held under a protective order for attorneys' eyes only.

**United States District Court**
For the Northern District of California

3.	Ms. Cordero's request to take an additional deposition of an Experian employee on products and services it offers for sale to subscribers is denied.

This order disposes of Docket No. 32.

IT IS SO ORDERED.

Dated: October 11, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

2