Andrew J. Ogilvie (SBN 57932)
Kemnitzer, Anderson, Barron & Ogilvie LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
ajogil@kabolaw.com

Attorneys for Plaintiff Cecilia H. Cordero,
formerly known as "Cecilia Herrera"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA H. CORDERO, formerly known as Cecilia Herrera,<br><br>       Plaintiff,<br><br>       v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendants. | Case No. C 06 2529 MJJ<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br>        and<br>ORDER OF DISMISSAL<br>         GRANTED<br><br>Trial:        Dec. 18, 2006<br>Time:       9:30 a.m.<br>Location:  Courtroom 11, 19th Fl. |

IT IS HEREBY STIPULATED by and between the parties indicated below, through their respective counsel, that pursuant to FRCP 41, the above captioned action be and hereby is dismissed with prejudice as to defendants FINANCIAL

---

*Cordero v. Financial Assistance, Inc. et al.*, NDCal. Case no. C-06-2529 MJJ
Stipulation of Dismissal and [Proposed] Order                                                                                           1

ASSISTANCE, INC., also known as "FAICollect, Inc.", KEN BAKER, ROBERT BUHLER and NANCY LONG. Each party has agreed to bear its own costs.

Dated: November 16, 2006

KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP

/s/ Andrew J. Ogilvie
Andrew J. Ogilvie
Attorney for plaintiff Cecilia H. Cordero

ELLIS, COLEMAN, POIRIER, LAVOIE & STEINHEIMER, LLP

/s/ Mark E. Ellis
Mark E. Ellis
Attorney for defendants Financial Assistance, Inc., aka "FAICOLLECT, Inc.", Ken Baker, Robert Buhler and Nancy Long

## [PROPOSED] ORDER OF DISMISSAL

Considering the foregoing stipulation, it is hereby ordered, adjudged and decreed that the claims and demands of plaintiff cecilia cordero against defendants Financial Assistance, Inc., aka "FAICOLLECT, Inc.", Ken Baker, Robert Buhler and Nancy Long be, and the same hereby are, dismissed with prejudice, each party to bear its own costs.

This 29TH day of November, 2006.

Hon. Martin J. Jenkins
United States District Court Judge

*Cordero v. Financial Assistance, Inc. et al.*, NDCal. Case no. C-06-2529 MJJ
Stipulation of Dismissal and [Proposed] Order                        2