IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA H. CORDERO, | No. C06-02529 MJJ |
| Plaintiff, | **ORDER VACATING ORDER** |
| v. | |
| FINANCIAL ASSISTANCE INC., | |
| Defendant. | |

    IT IS HEREBY ORDERED that the Order by Judge Jenkins granting in part and denying in part the Motion for Summary Judgment (Doc. #116) filed on 11/29/2006, is **vacated** at the parties' request.

**IT IS SO ORDERED.**

Dated: 11/30/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE