United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CECILIA H. CORDERO,

    Plaintiff,

v.

FINANCIAL ASSISTANCE INC.,

    Defendant.
_____/

No. C06-02529 MJJ

**Amended ORDER VACATING ORDER**

    IT IS HEREBY ORDERED that the Order by Judge Jenkins granting in part and denying in part the Motion for Summary Judgment (Doc. #116) filed on 11/29/2006, is vacated **at the plaintiff's request**.

**IT IS SO ORDERED.**

Dated:  12/1/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE